EXHIBIT B  Case: 3:21-cv-00240-WHR-CHG Doc #: 2 Filed: 09/01/21 Page: 1 of 4 PAGEID #: 37

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Friday, July 30, 2021 3:50:14 PM
CASE NUMBER: 2021 CV 03104 Docket ID: 35639640
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

# IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| **TONYA SCHULER-SEWELL** <br> 4740 Pinecroft Court <br> Huber Heights, Ohio 45424 | : <br> : | **Case No.:** <br> <br> **Judge:** |
| and | : | |
| **JOSH SEWELL** <br> 4740 Pinecroft Court <br> Huber Heights, Ohio 45424 | : <br> : <br> : | |
| **Plaintiffs**, | : | |
| vs. | : | |
| **TARGET CORPORATION** <br> c/o Statutory Agent <br> CT Corporation System <br> 4400 Easton Commons Way, Ste. 125 <br> Columbus, Ohio 43219 | : <br> : <br> : <br> : | |
| and | : | **COMPLAINT FOR PERSONAL** |
| **TARGET** <br> 5700 Executive Boulevard <br> Huber Heights, Ohio 45424 | : <br> : | **INJURIES; WITH JURY DEMAND** <br> **ENDORSED HEREON** |
| and | : | |
| **OHIO DEPARTMENT OF MEDICAID** <br> c/o Joseph McCandlish, Esq. <br> Ohio Attorney General <br> Collection and Enforcement Section <br> 150 East Gay Street, 21st Floor <br> Columbus, Ohio 43215 | : <br> <br> : <br> <br> : <br> : | |
| **Defendants**. | | |

## **FIRST CLAIM FOR RELIEF**

1. At all relevant times, Defendants, Target Corporation and/or Target (hereinafter collectively referred to as "Target") was and is a corporation owning and operating a store in the State of Ohio, and conducting business within Montgomery County, Ohio, including the store at 5700 Executive Boulevard, Huber Heights, Ohio 45424.

2. On or about August 25, 2019, Plaintiff, Tonya Schuler-Sewell, while lawfully at the Target store as a business invitee, was injured during the course of a fall which was a direct and proximate result of a dangerous and hazardous condition on the property and the improvements thereon which was created by Defendants, Target, or known by them to exist, to wit: a wet floor.

3. Defendants, Target, had the duty to operate the store in a reasonably safe manner, to inspect the premises in a manner designed to discover dangerous and/or hazardous conditions, and to provide adequate warning to the public regarding the existence of dangerous and/or hazardous conditions.

4. Defendants, Target, were negligent in the operation, maintenance, and/or care of the premises in that they unreasonably and unnecessarily created a dangerous and/or hazardous condition and/or allowed such a known condition to exist, to wit: a wet floor.

5. Defendants, Target, were negligent in that they failed to conduct regular inspection of the premises, thereby failing to discover, correct and/or repair any defective condition which presented a hazard to the public, generally and Plaintiff, Tonya Schuler-Sewell, specifically.

6. Defendants, Target, were negligent in the maintenance and care of the property in that they failed to properly design, construct, and/or erect caution signs or otherwise warn the public generally, and Plaintiff, Tonya Schuler-Sewell, specifically, of hazardous conditions resulting from the wet floor.

7. Defendants, Target, are vicariously liable for the actions, inactions, and/or negligence of their employees and/or agents.

8. As the proximate result of the negligence of Defendants, Target, Plaintiff, Tonya Schuler-Sewell, sustained injuries and damages as follows:

    a. Severe and permanent injuries;

    b. Great pain and suffering both physical and emotional, and loss of ability to perform usual functions and will cause her further pain and suffering and loss of ability to perform usual functions in the future;

    c. Reasonable and necessary medical expenses in an amount not yet determined, as well as further medical expenses to be incurred in the future; and

    d. Miscellaneous out of pocket expenses in an amount not yet determined.

9. The aforesaid negligence of Defendants, Target, was the proximate result of the injuries and damages to Plaintiff, Tonya Schuler-Sewell.

**WHEREFORE**, Plaintiff, Tonya Schuler-Sewell, demands judgment against Defendants, Target Corporation and/or Target, in an amount in excess of $25,000.00, plus interest, attorney fees and cost of this action.

### SECOND CLAIM FOR RELIEF

10. Plaintiff incorporates each and every allegation contained in the First Claim for Relief as though fully rewritten herein.

11. Plaintiffs, Tonya Schuler-Sewell and Josh Sewell, are husband and wife respectively.

12. As a proximate result of the occurrence as set forth in the First Claim for Relief, Plaintiff, Josh Sewell, has lost the services, companionship, love, affection, comforts, consortium and joys of his spouse, Tonya Schuler-Sewell.

13. The aforesaid negligence of Defendants, Target Corporation and/or Target, were the direct and proximate cause of the injuries and damages to Plaintiff, Josh Sewell.

**WHEREFORE**, Plaintiff, Josh Sewell, demands judgment against the Defendants, Target Corporation and/or Target in an amount in excess of $25,000.00, plus interest and the costs of this action.

### THIRD CLAIM FOR RELIEF

14. Plaintiff incorporates each and every allegation contained in the First and Second Claims for Relief as though fully rewritten herein.

15. Defendant, Ohio Department of Medicaid, may have paid medical expenses on behalf of Plaintiff, Tonya Schuler-Sewell, in connection with the injuries as set forth in the First Claim for Relief.

16. As a result, Defendant, Ohio Department of Medicaid, may have a vested interest in the within action as a result of its claim of subrogation and/or reimbursement, if one so exists.

17. Defendant, Ohio Department of Medicaid, is being joined in this action to defend and protect its claim of subrogation and/or reimbursement, if one so exists.

**WHEREFORE**, Plaintiff, Tonya Schuler-Sewell, demands that Defendant, Ohio Department of Medicaid, appear and represent its interest in the within action or be forever barred from pursuing its subrogation claim, if one so exists.

Respectfully submitted,

**THE ATTKISSON LAW FIRM**

/s/ Ronald J. Maurer
Ronald J. Maurer, Esq. (0063391)
The Attkisson Law Firm LLC
Attorney for Plaintiffs
3033 Kettering Blvd, Suite 213
Dayton, Ohio  45439
Telephone:  (937) 276-9700
Fax:  (937) 276-9701
E-mail:  rjm@attkissonlawfirm.com

## **JURY DEMAND**

Now come Plaintiffs, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

Respectfully submitted,

**THE ATTKISSON LAW FIRM**

/s/ Ronald J. Maurer
Ronald J. Maurer, Esq. (0063391)
Attorney for Plaintiffs